**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | **CRIMINAL ACTION** |
| Plaintiff, | : | |
| v. | : | **No. 13-CR-00487** |
| | : | |
| **CLIFTON MCLEAN,** | : | |
| Defendant. | : | |

**MCHUGH, J.**                                                                                          **JANUARY 12, 2015**

## ORDER

This 12th day of January, 2015, upon consideration of Defendant's Motion to Dismiss the Indictment and all relevant submissions, and upon consideration of the evidence presented at the evidentiary hearing on the issue, it is hereby **ORDERED** that Defendant's Motion to Dismiss the Indictment is **DENIED**.

                                                                                        /s/ Gerald Austin McHugh
                                                              United States District Court Judge