# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CRIMINAL ACTION** |
| | : | **No. 13-487-1** |
| **CLIFTON MCLEAN** | : | **CIVIL ACTION** |
| | : | **No. 19-4090** |

## ORDER

This 16th day of December, 2020 it is hereby **ORDERED** that Defendant's Motion to Vacate/Set Aside/Correct Sentence (2255) under 28 U.S.C. 2255 (ECF 184), Motion for Default Judgment Pursuant to Fed.R.Civ.P. 55(d) (ECF 186), and Motion to Strike (ECF 188) are **DENIED.** There is no basis on which to issue a Certificate of Appealability.

    /s/ Gerald Austin McHugh
United States District Judge