# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | |
| --- | --- | --- |
| v. | : | **CRIMINAL ACTION** |
| | : | No. 13-487-1 |
| CLIFTON MCLEAN | : | |

## ORDER

This 11th day of May, 2021, for the reasons set forth in the accompanying Memorandum, it is hereby **ORDERED** that Defendant's Motion for Compassionate Release and Defendant's Supplemental Motion Pursuant to Compassionate Release, ECF 191 and 194, are **DENIED**.

    /s/ Gerald Austin McHugh
United States District Judge