**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. 13-487-1 |
| | : | |
| CLIFTON MCLEAN | : | |

## ORDER

This 24th day of February, 2026, for the reasons set forth in the accompanying

memorandum, it is hereby **ORDERED** that Defendant's Motion to Reopen/Reinstate under

FRCP 60(b)(6) is **DENIED.** There is no basis on which to issue a certificate of appealability.


  /s/ Gerald Austin McHugh
United States District Judge